```
                                    ┌─────────────────────────────┐
                                    │          FILED              │
                                    │ CLERK, U.S. DISTRICT COURT  │
                                    │  ┌───────────────────────┐  │
                                    │  │      2/13/2015         │  │
                                    │  │                       │  │
                                    │  └───────────────────────┘  │
                                    │ CENTRAL DISTRICT OF CALIFORNIA│
                                    │ BY: _____CW_____ DEPUTY │
                                    └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO QUINTANA, | NO. CV 12-6372-MWF (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW L. CATE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED AND DECREED that the First Amended Petition be, and hereby is, CONDITIONALLY GRANTED. Within ninety (90) days of the entry of Judgment herein, Respondent shall release Petitioner on parole unless, within that period of time, the California Department of Corrections and Rehabilitation recalculates Petitioner's initial parole eligibility date, by permitting Petitioner to receive post-conviction credits towards his sentence, in conformity with

///

///

///

///

1  the terms of his plea agreement and consistent with the law discussed in the Report

2  and Recommendation.

3

4

5  Dated: February 13, 2015

   _____

6  MICHAEL W. FITZGERALD
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28